IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALFRED T. RILEY,

    Petitioner,   JUDGMENT IN A CIVIL CASE

 v.   Case No.  13-cv-253-slc

STATE OF WISCOSNIN,

    Respondent.

This action came before the court for consideration with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the federal habeas corpus petition filed by Alfred T. Riley for lack of subject matter jurisdiction.  Alternatively, the petition is dismissed as untimely.

  /s/   11/17/2015
Peter Oppeneer, Clerk of Court   Date